**RUSS AUGUST & KABAT**
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Reza Mirzaie, CA SBN 246953
rmirzaie@raklaw.com
Philip X. Wang, CA SBN 262239
pwang@raklaw.com
Kent N. Shum, CA SBN 259189
kshum@raklaw.com
Christian Conkle, CA SBN 306374
cconkle@raklaw.com
Minna Y. Chan, CA SBN 305941
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tele:   310/826-7474
Fax:    310/826-6991

*Attorneys for Plaintiff*
XR Communications, LLC
dba Vivato Technologies

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>NEWO CORPORATION,<br><br>*Defendant*. | Case No. 5:17-cv-00744-AG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff XR Communications, LLC, dba Vivato Technologies and Defendant Newo Corporation move, stipulate, and agree that:

- this action, Case No. 5:17-cv-00744-AG, shall be dismissed with prejudice, subject to the Settlement Agreement of June 15, 2018, whose terms shall remain confidential; and
- each of the parties shall bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

Dated: June 21, 2018

**RUSS AUGUST & KABAT**

By: */s/ Reza Mirzaie*
Reza Mirzaie
Marc A. Fenster
Philip X. Wang
Kent N. Shum

*Attorneys for Plaintiff*
XR COMMUNICATIONS, LLC,
dba VIVATO TECHNOLOGIES

Dated: June 21, 2018

**DLA PIPER US LLP**

By: */s/ John M. Guaragna*
John M. Guaragna
Aaron Fountain

*Attorneys for Defendant*
NEWO CORPORATION

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE